No. 71–1105. NORTHERN NATURAL GAS CO. *v.* WILLIAMS, TREASURER OF RICE COUNTY, ET AL. Sup. Ct. Kan. Certiorari denied.

No. 71–1152. PANHANDLE EASTERN PIPE LINE CO. *v.* DWYER, DIRECTOR OF PROPERTY VALUATION OF KANSAS, ET AL. Sup. Ct. Kan. Certiorari denied.

No. 71–1205. RICUCCI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1217. GOLDBERG, AKA GOULD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–1227. MASTROTATARO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–1232. LANDERMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 71–1286. TYLER INDEPENDENT SCHOOL DISTRICT ET AL. *v.* JUSTICE, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied.

No. 71–1287. MILLS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 71–1305. CARSON *v.* AMERICAN SAVINGS LIFE INSURANCE CO. C. A. 4th Cir. Certiorari denied.